UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN LUCE,<br><br>             Plaintiff,<br><br>     v.<br><br>JONEY,<br><br>             Defendant. | Case No. C23-5202-MLP<br><br>ORDER TO SHOW CAUSE |

On March 13, 2023, Plaintiff Susan Luce commenced the instant civil action by filing a complaint. (Dkt. # 1; *see* Fed. R. Civ. P. 3.) In order to maintain an action, a plaintiff must obtain a summons from the Clerk's office as described in Federal Rule of Civil Procedure 4(a) and (b). The plaintiff then must serve each defendant with a summons and a copy of the complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)-(e), (m). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action[.]" Fed. R. Civ. P. 4(m).

Accordingly, by **June 12, 2023**, Ms. Luce is ORDERED to either: (1) file proof of service on Defendant; or (2) show cause why this case should not be dismissed. If Plaintiff does not respond by June 12, 2023, the Court will recommend this action be dismissed.

ORDER TO SHOW CAUSE - 1

1  The Clerk is directed to provide a copy of the Pro Se Guide to Ms. Luce.

2  Dated this 27th day of March, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge