UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN LUCE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JONEY,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05202-RJB<br><br>ORDER DISMISSING CASE |

　　　　This matter comes before the Court on the Court's Second Order to Show Cause. Dkt. 7. The Court has considered the order and remaining file.

　　　　On May 25, 2023, the Plaintiff was ordered to either (1) file a proposed amended complaint or (2) show cause in writing, if any she had, why this case should not be dismissed without prejudice for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1). Dkt. 7. The Plaintiff's response was due by June 12, 2023. *Id.* The Plaintiff did not respond.

ORDER DISMISSING CASE - 1

1  Accordingly, for the reasons stated in the May 25, 2023 Second Order to Show Cause
2  (Dkt. 7), this case should be dismissed without prejudice.
3  **IT IS SO ORDERED**.
4  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
5  to any party appearing pro se at said party's last known address.
6  Dated this 16th day of November, 2023.

*[signature]*

ROBERT J. BRYAN
United States District Judge